UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SEBRING,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF PETALUMA, et al.,<br><br>    Defendants. | Case No. 4:17-cv-06483-KAW<br><br>**ORDER TO SHOW CAUSE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 5 |

Plaintiff Sean Sebring, proceeding pro se, filed this lawsuit alleging civil rights violations against the City of Petaluma and two of its police officers.

On November 14, 2017, Defendants filed a motion to dismiss. (Dkt. No. 5.) Pursuant to Civil Local Rule 7-3, with an additional three days for mailing, Plaintiff's opposition was due on December 1, 2017. To date, Plaintiff has not filed an opposition.

Accordingly, by no later than **January 3, 2018**, the Court orders Plaintiff to (1) file a response to this order to show cause and explain why his case should not be dismissed for failure to prosecute, and (2) file an opposition to the motion to dismiss. The response to this order to show cause and the opposition should be filed as separate documents. To aid in his compliance with this order, Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk—a free service for pro se litigants— by calling (415) 782-8982 to make an appointment to obtain legal assistance from a licensed attorney.

Failure to both timely respond to this order to show cause and file a timely opposition may result in the dismissal of this case for failure to prosecute. *See* Judge Westmore's General Standing Order ¶ 22 ("The failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion").

Should Plaintiff timely file an opposition, Defendants are permitted to file their reply on or before January 10, 2018.

Additionally, the January 18, 2018 hearing on the motion to dismiss is continued to **February 1, 2018** in Courtroom 4, U.S. District Court, 1301 Clay Street, 3rd Floor, Oakland, California at 11:00 a.m.

Lastly, the case management conference scheduled for February 6, 2018 is continued to **April 24, 2018**. The case management conference statements are due on or before April 17, 2018.

IT IS SO ORDERED.

Dated: December 11, 2017

KANDIS A. WESTMORE
United States Magistrate Judge