Eric W. Danly, #201621
Jordan M. Green, #247126
CITY OF PETALUMA
CITY ATTORNEY'S OFFICE
11 English Street
Petaluma, California 94952
Telephone: (707) 778-4362
Facsimile: (707) 206-6040
cityatty@ci.petaluma.ca.us

*Attorneys for Defendants*
CITY OF PETALUMA
Lieutenant Ron Klein (incorrectly sued as Ron Kline)
Officer Alec Thompson (incorrectly sued as Alex Thompson)

Mr. Sean Sebring
17801 North Highway 101
Willits, California 95490
Telephone: (707) 775-8197
popeiamthegreat@gmail.com

*Pro Se Litigant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(*OAKLAND*)

| | |
|---|---|
| SEAN SEBRING, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RON KLINE, an individual, ALEX THOMPSON, an individual, CITY OF PETALUMA, a California Municipality, and DOE 1 through DOE 100, inclusive,<br><br>Defendants. | Case No.: 4:17-cv-06483-KAW<br><br>Complaint Filed: August 10, 2017<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Plaintiff Sean Sebring ("Plaintiff") and Defendants City of Petaluma, Lieutenant Klein and Officer Thompson ("Defendants") hereby stipulate to continue the upcoming hearing on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, currently scheduled to be

1

heard on June 7, 2018. Prior to being notified of the hearing date, Plaintiff purchased airline tickets to travel out of town to a graduation, he's currently scheduled to leave on June 7, 2018. After being served with Defendants' Motion, Plaintiff contacted attorneys to see if they could specially appear on his behalf, but no one is able to do so. During the week of April 23, 2018, Plaintiff called Defendants' counsel and asked if they would stipulate to continue the hearing, subject to the Court's approval. Defendants stipulate to continue the hearing to the next available date and time.

WHEREAS, on August 10, 2017, Plaintiff filed a Complaint in Superior Court in Sonoma County alleging violations of his civil rights;

WHEREAS, on November 8, 2017, Defendants removed this action to federal court pursuant to federal question jurisdiction;

WHEREAS, on November 8, 2017, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines;

WHEREAS, on November 14, 2017, Defendants filed a Motion to Dismiss Plaintiff's Complaint, to which he objected;

WHEREAS, on December 11, 2017, the Court continued the case management conference to April 24, 2018 and the case management statement to April 17, 2018;

WHEREAS, on February 9, 2018, the Court issued an Order Granting Defendants' Motion to Dismiss Plaintiff's Complaint and granted Plaintiff leave to amend;

WHEREAS, on March 9, 2018, Plaintiff filed a First Amended Complaint;

WHEREAS, on March 29, 2018, Defendants filed a Motion to Dismiss Plaintiffs' First Amended Complaint, a hearing date is scheduled for June 7, 2018;

WHEREAS, the parties initial joint case management statement is due July 31, 2018;

WHEREAS, the case management conference is currently scheduled on August 7, 2018;

WHEREAS, good cause exists to continue the hearing date and neither party will suffer prejudice by a short continuance;

THEREFORE, the Parties respectfully stipulate and request that the hearing be continued until the next available date, which is Thursday, June 21, 2018 at 1:30 p.m.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: April 26th, 2018

CITY OF PETALUMA

By: _____
Eric W. Danly
Jordan M. Green

CITY OF PETALUMA
Lieutenant Ron Klein (incorrectly sued as Ron Kline)
Officer Alec Thompson (incorrectly sued as Alex Thompson)

Dated: April 26, 2018

SEAN SEBRING

By: _____
Sean N. Sebring

Pro Se Litigant

## [PROPOSED] ORDER

Based on the stipulation of the Parties, and for good cause appearing, the Court hereby orders that the June 7, 2018 hearing at 11:00 a.m. on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint is continued to June 21, 2018 at 1:30 p.m.:

**IT IS SO ORDERED.**

Dated: 4/27, 2018     By: /s/ Kandis Westmore
HONORABLE MAGISTRATE
JUDGE KANDIS A. WESTMORE
UNITED STATES DISTRICT COURT