Eric W. Danly, #201621
Jordan M. Green, #247126
CITY OF PETALUMA
CITY ATTORNEY'S OFFICE
11 English Street
Petaluma, California 94952
Telephone:     (707) 778-4362
Facsimile:      (707) 206-6040
cityatty@ci.petaluma.ca.us

*Attorneys for Defendants*
CITY OF PETALUMA
Lieutenant Ron Klein (incorrectly sued as Ron Kline)
Officer Alec Thompson (incorrectly sued as Alex Thompson)

Mr. Sean Sebring
30 North Napa Drive
Petaluma, California 95952
Telephone: (707) 775-8197
snicholassebring@gmail.com

*Pro Se Litigant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(*OAKLAND*)

| | |
|---|---|
| SEAN SEBRING, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RON KLINE, an individual, ALEX THOMPSON, an individual, CITY OF PETALUMA, a California Municipality, and DOE 1 through DOE 100, inclusive,<br><br>Defendants. | Case No.: 4:17-cv-06483-KAW<br><br>Complaint Filed: August 10, 2017<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' April 23, 2019 settlement agreement and Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

**IT IS SO STIPULATED.**

IT IS SO ORDERED
*Kandis Westmore*
Judge Kandis Westmore

Respectfully submitted,

Dated: April 24, 2019      **CITY OF PETALUMA**

By:      /s/ Jordan M. Green
Eric W. Danly
Jordan M. Green

CITY OF PETALUMA
Lieutenant Ron Klein (incorrectly sued as Ron Kline)
Officer Alec Thompson (incorrectly sued as Alex Thompson)

Dated: April 24, 2019      **SEAN N. SEBRING**

By: *[signature]*
Sean N. Sebring
Pro Se Litigant

City of Petaluma
City Attorney's Office
11 English Street
Petaluma, California 94952

# PROOF OF SERVICE

I, the undersigned, am a citizen of the United States and a resident of the County of Sonoma. I am over the age of eighteen years and not a party to this action. My business address is 11 English Drive, Petaluma, California 94952. I served the following documents below, by placing a true copy for collection at Petaluma City Hall, enclosed in a sealed envelope, with first-class postage thereon fully prepaid, addressed as follows:

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Mr. Sean N. Sebring
30 North Napa Drive
Petaluma, CA 94952

I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, for collection and mailing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**DATED** on this 29th day of April, 2019.

_____
Lisa L. Rogers, Legal Assistant